Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE EISENBERG, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LUXURY BRAND PARTNERS, LLC; SMITH AND CULT, LLC; ULTA BEAUTY COSMETICS, INC.; REVOLVE GROUP, INC. and DOES 1-10, Inclusive,<br><br>　　　　　Defendants | Case No.:  2:21-CV-4713<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL<br>(F.R.C.P. Rule 38) |

Plaintiff alleges:

## I.　INTRODUCTION

1.　Plaintiff Bruce Eisenberg is a nationally acclaimed photographer.  Plaintiff was hired by Luxury Brand Partners, LLC ("LBP") to photograph their products. Plaintiff then granted Defendants a license to display the photographs for a limited time.

2. However, despite knowing that the license was of limited duration, LBP and the other Defendants continued to display Plaintiff's photographs on their website and on social media without Plaintiff's consent and without a license to do so.

3. Plaintiff brings the present lawsuit to remedy Defendants willful infringement of his copyrights.

## II.   JURISDICTION AND VENUE

4. The present action arises under the Copyright Act, Title 17, Section 101, <u>et seq</u>., of the United States Code.

5. This Court has original subject matter jurisdiction under 17 U.S.C. §101 *et seq.* and 28 U.S.C. § 1331 and 1338 (a) and (b).

6. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

7. Plaintiff Bruce Eisenberg is an individual living in Los Angeles, CA, with his principal place of business at 510 S Hewitt St, Los Angeles, CA 90013.

8. Plaintiff is informed and believes and thereon alleges that Defendant Luxury Brand Partners, LLC ("LBP") is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business located at 3800 NE 1st Avenue, 6th Floor, Miami Florida 33137, and is doing business in and with the state of California.

9. Plaintiff is informed and believes and thereon alleges that Defendant Smith & Cult, LLC ("S&C") is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business located at 3800 NE 1st Avenue, 6th Floor, Miami Florida 33137, and is doing business in and with the state of California. Plaintiff is informed and believes that Luxury Brand Partners, LLC, is the parent company of Smith & Cult, LLC.

10.     Plaintiff is informed and believes and thereon alleges that Defendant Ulta Beauty Cosmetics, LLC ("Ulta") is a limited liability company organized and existing under the laws of the state of Florida, with its principal place of business located at 1000 Remington Blvd, Bolingbrook Illinois 60440, and is doing business in and with the state of California.

11.     Plaintiff is informed and believes and thereon alleges that Defendant Revolve Group, Inc. ("Revolve") is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business located at 12889 Moore St. Cerritos CA 90703, and is doing business in and with the state of California.

12.      Plaintiff is informed and believes, and on that basis alleges, that various persons and entities, whose names are presently unknown to Plaintiff, participated in and are liable for the wrongful acts set forth herein.  Plaintiff will seek leave of Court to amend the Complaint to add such persons and entities as Defendants and to allege the exact nature of their wrongful conduct when such information has been ascertained.

13.     Plaintiff is informed and believes, and on that basis  allege, that in connection with the acts set forth herein, each of the Defendants acted willingly, intentionally, and knowingly, both for himself, herself, or itself, and in concert with each other defendant, and as an agent for each other defendant, and was at all times acting within the course and scope of such agency, with the consent, authorization and/or ratification of each other defendant, and in furtherance of a common scheme to infringe the copyrights, and other valuable rights of Plaintiff.

## FACTS COMMONS TO CAUSES OF ACTION

14.  Plaintiff is a nationally acclaimed and sought-after photographer who is well known in the advertising industry.  Plaintiff has regularly shot assignments for national and world renowned brands and publications such as Too Faced

Cosmetics, NuFace Cosmetics, IBY Cosmetics, Auraline Cosmetics, Ritual de Fille Cosmetics, Rebecca Jewelry, Smithsonian Magazine, Los Angeles Magazine, Genlux Magazine, and The Economist,.

15. In July 2018, Plaintiff was hired by LBP to photograph certain Smith & Cult makeup products pursuant to a written agreement. The agreement provided LBP with access to 14 still images and 5 Micro Videos ("the Images").

16. Pursuant to the terms of the agreement, Plaintiff granted LBP the right to use the Images on its website and on the Ulta website from July 20, 2018, until July 20, 2020.

17. In October 2019, Plaintiff entered into an agreement with S&C which allowed S&C, Ulta & Revolve to use the Images for web and social media advertising for one year from October 11, 2018, to October 11, 2019.

18. On October 8, 2019, Plaintiff entered into another agreement with LBP allowing LBP, S&C, Ulta and Revolve the right to use an additional three photographs for web advertising only from October 11, 2019, to October 11, 2020.

19. All of the Images were registered with the U.S. Copyright Office. Registration No. VAu 1-411-397 (Effective date of Registration August 16, 2018).

### FIRST CLAIM FOR RELIEF
### For Copyright Infringement Against All Defendants

20. Plaintiff re-allege and incorporate by reference, as though set forth in full, paragraphs 1 through 19 above as though fully set forth herein.

21. Pursuant to the terms of the various licensing agreements, Defendants were granted a license to use the Images on their brand websites and social media until July 20, 2020.

22. Upon information and belief, each of the Defendants infringed Plaintiff's copyright to the Images by continuing to use the Images in advertising and by

displaying the Images on their website or social media pages after the license period expired.

23. Defendants LBP and S&C further infringed Plaintiff's copyright by creating an unauthorized derivative version of one of the Images, materially altering the photograph for its own purposes.

24. By reason of the foregoing, Plaintiff has sustained, and will continue to sustain, substantial and irreparable injuries, loss, and damage to its copyright.

25. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Images. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Images in an amount to be established at trial.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. That Defendants be required to pay Plaintiff such damages as Plaintiff has sustained or will sustain by reason of Defendants' conduct, and to account for all gains, profits and advantages derived by Defendant from such conduct.

2. That Defendants be required to pay statutory damages for willful copyright infringement in an amount up to $150,000 per infringement.

3. That all items which infringe Plaintiff's copyright be impounded surrendered up and forfeited to Plaintiff for destruction or other disposition.

4. That Defendants and Defendants' agents, servants, and employees, and each of them, and all persons acting in concert and participation with them, be enjoined and restrained during the pendency of this action and permanently thereafter from infringing any and all of the copyrights in his designs by, among other things, acquiring, copying, manufacturing, distributing, and selling cosmetics that infringe Plaintiff's design; and

5.	That Defendants be required to pay to Plaintiff its costs and attorney's fees incurred in connection with the prosecution of this action; and

6.	For such other and further relief as the Court deems appropriate.

DATED: June 9, 2021                              LAW OFFICES OF LARRY ZERNER


                                   By: /s/ Larry Zerner_____
                                       Larry Zerner
                                       Attorney for Plaintiff
                                       Bruce Eisenberg


### DEMAND FOR TRIAL BY JURY

Plaintiff Bruce Eisenberg pursuant to Rule 38 of the Federal Rules of Civil Procedure hereby demands trial by jury of all issues so triable in the present action.

DATED: June 9, 2021                              LAW OFFICES OF LARRY ZERNER


                                   By: /s/ Larry Zerner_____
                                       Larry Zerner
                                       Attorney for Plaintiff
                                       Bruce Eisenberg